UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XIN LONG LIN,

                Plaintiff,

     - against -                **ORDER ADOPTING REPORT AND RECOMMENDATION**

                                                      18 CV 3246 (RJD) (RER)

NEW FRESCA TORTILLAS, INC., d/b/a
FRESCA TORTILLAS; DA ZHONG LI a/k/a
STEVE LI; and CINDY LI
                Defendants.
------------------------------------------------------------ x

DEARIE, District Judge

     The Court adopts without qualification the Recommendation of Magistrate Judge Reyes and directs entry of judgment in accordance with the Recommendation.

                                                      SO ORDERED:

                                                      s/ Raymond J. Dearie

Dated: May 28, 2019                                Raymond J. Dearie
Brooklyn, NY                                     United States District Judge