UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
XIN LONG LIN,

                                              JUDGMENT
                                              18 CV 3246 (RJD) (RER)

                      Plaintiff,

       -against-

NEW FRESCA TORTILLAS, INC., d/b/a
FRESCA TORTILLAS; DA ZHONG LI a/k/a
STEVE LI; and CINDY LI,

                      Defendants.
--------------------------------------------------------------X

      An Order of Honorable Raymond J. Dearie, United States District Judge having been filed on June 6, 2019, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated May 1, 2019, granting Plaintiff's motion for default judgment against New Fresca Tortillas, Da Zhong Li, and Cindy Li, jointly and severally; awarding Plaintiff damages totaling $148,045.42 (consisting of $1,736.43 in unpaid minimum wage, $45,640.94 in unpaid overtime compensation, $5,645.52 in spread-of-hours compensation, $15,999.82 in motorcycle costs, $69,022.71 in liquidated damages, and $10,000 in statutory damages), plus pre- and post-judgment interest; awarding Plaintiff $13,357.50 in attorneys' fees and $400 in costs; and the Clerk of Court having calculated the prejudgment interest on $138,045.42 at the rate of 9% per annum from April 20, 2017 until the entry of judgment, and the prejudgment interest being $26,482.03; it is

      ORDERED and ADJUDGED that Plaintiff's motion for a default judgment against New Fresca Tortillas, Da Zhong Li, and Cindy Li, jointly and severally is granted; and that Plaintiff is

awarded a total amount of $188,284.95.

Dated: Brooklyn, New York
     June 7, 2019

Douglas C. Palmer
Clerk of Court

by:    <u>*/s/ Jalitza Poveda*</u>
       Deputy Clerk